# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00271-MR-DLH

| | |
|---|---|
| **NIKESIA SHAREY PANNELL, et al.,** | )<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  **O R D E R**<br>) |
| **MATTHEW TAYLOR SCRUGGS, et al.,** | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on counsel's motion for the admission of attorney Yussuf Aleem as counsel *pro hac vice*. [Doc. 3]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that counsel's motion [Doc. 3] is **ALLOWED**, and Yussuf Aleem is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 10, 2018

Martin Reidinger
United States District Judge