IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00271-MR-WCM

| | |
|---|---|
| NIKESIA SHAREY PANNELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| MATTHEW TAYLOR SCRUGGS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' Motion to Revoke Admission *Pro Hac Vice* of Yussuf Aleem [Doc. 9].

The Defendants move the Court to revoke the admission *pro hac vice* of attorney Yussuf Aleem of the firm Joseph, Aleem & Slowik, LLC, on the grounds that the Plaintiffs' Motion for Admission *Pro Hac Vice* incorrectly reflects that the Defendants consented to the Plaintiffs' Motion when in fact defense counsel was never contacted about the matter. The Defendants contend that revocation of Mr. Aleem's admission is the appropriate sanction for this misrepresentation. [Doc. 9].

Upon careful review of the record, the Court in its discretion declines to revoke Mr. Aleem's admission at this time. The Court, however,

admonishes Plaintiffs' counsel to be more careful in his filings in the future. Any future filings which fail to reflect consultation with opposing counsel when required will be summarily stricken.

**IT IS, THEREFORE, ORDERED** that the Defendants' Motion to Revoke Admission *Pro Hac Vice* of Yussuf Aleem [Doc. 9] is **DENIED**.

**IT IS SO ORDERED.**

Signed: November 16, 2018

Martin Reidinger
United States District Judge