# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 271

| | |
|---|---|
| NIKESIA SHAREY PANNELL and CHOYA HASSIBA JOHNSON, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )     **ORDER** |
| MATHEW TAYLOR SCRUGGS, SOUTHERN CONCRETE SPECIALISTS, INC., and JEFFREY MICHAEL GOWDER, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 15) filed by Daniel Rufty. The Motion indicates that Mr. Rufty, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Tarek Abdel-Aleem, who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 15) and **ADMITS** Tarek Abdel-Aleem to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 5, 2019

W. Carleton Metcalf
United States Magistrate Judge