IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 271

| | |
|---|---|
| NIKESIA SHAREY PANNELL and CHOYA HASSIBA JOHNSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER |
| | ) |
| MATTHEW TAYLOR SCRUGGS, SOUTHERN CONCRETE SPECIALISTS, INC., and JEFFREY MICHAEL GOWDER, | ) ) ) ) |
| Defendants. | ) ) |

This matter is before the Court on Defendants' Motion for Order to Show Cause for Failure to Respond to Subpoena Duces Tecum (Doc. 25) and Second Motion to Compel (Doc. 26).

The Clerk is respectfully **DIRECTED** to schedule a hearing on these motions.

Counsel for Defendants is **DIRECTED** to provide notice of that hearing and a copy of this Order to the recipients of the subpoenas that are the subject of Defendants' Motion for Order to Show Cause for Failure to Respond to Subpoena Duces Tecum (Doc. 25), and to file confirmation of same.

Signed: September 4, 2019

W. Carleton Metcalf
United States Magistrate Judge