IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 271

| | | |
|---|---|---|
| NIKESIA SHARLEY PANNELL and CHOYA HASSIBA JOHNSON, | ) ) ) ) | |
| Plaintiffs, | ) | ORDER |
| v. | ) ) | |
| MATTHEW TAYLOR SCRUGGS, SOUTHERN CONCRETE SPECIALTIES, INC., and JEFFREY MICHAEL GOWDER, | ) ) ) ) | |
| Defendants. | ) ) ) | |

This matter is before the Court on the parties' Stipulation as to Order Granting Defendants' Second Motion to Compel (Doc. 48).

The parties advise that they have agreed the amount of expenses to be awarded to Defendants pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Court's Order dated December 6, 2019 (Doc. 46) should be $2,318.85.

The parties' proposed award is **ACCEPTED** and Plaintiffs' counsel is **DIRECTED** to forward to Defendants' counsel payment in the amount of **$2,318.85** within ten (10) days.

It is so ordered.

Signed: December 16, 2019

W. Carleton Metcalf
United States Magistrate Judge