IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 271

| | |
|---|---|
| NIKESIA SHAREY PANNELL and CHOYA HASSIBA JOHNSON, <br><br> Plaintiffs, <br> v. <br><br> MATHEW TAYLOR SCRUGGS, SOUTHERN CONCRETE SPECIALISTS, INC., and JEFFREY MICHAEL GOWDER, <br><br> Defendants. | ORDER |

This matter is before the Court on Plaintiffs' Motion for a Specially Set Trial Date (the "Motion," Doc. 62).

As Plaintiffs recognize, this matter has been set for the term beginning September 8, 2020. It appears that by the Motion Plaintiffs are requesting that the case be set for trial on a specific day during the term.

Additional information regarding the order in which the cases on the calendar will be tried and the date on which trial will begin will be discussed during the final pretrial conference with the District Court.

Accordingly, the Motion for a Specifically Set Trial Date (Doc. 62) is **DENIED**.

Signed: June 23, 2020

W. Carleton Metcalf
United States Magistrate Judge